IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01580-WYD-PAC

RONALD JESKE,

    Plaintiff,

v.

WATERWORKS SALES COMPANY, a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's unopposed Motion to Vacate Scheduling/Planning Conference [filed October 7, 2005] is **GRANTED** as follows:

    The Scheduling Conference set for October 25, 2005 is **vacated.**

Dated:  October 12, 2005